# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00046 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RODNEY EDWARD STEWART,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For reasons stated in the accompanying Opinion, it is **ORDERED** that:

1. Defendant's "MOTION FOR RECONSIDERATION" (DE 189) is DENIED;

2. The Clerk is DIRECTED to redocket the defendant's pro se motion (DE 189) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

3. The § 2255 motion is hereby DENIED without prejudice as successive and is stricken from the active docket of the court; and

4. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: May 31, 2013

/s/ James P. Jones
United States District Judge