# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:06CR00046 |
| v. ) | **ORDER** |
| ) | |
| **RODNEY EDWARD STEWART,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For reasons stated in the accompanying Opinion, it is **ORDERED** that:

1. Defendant's "MOTION PURSUANT TO Fed. R. Civ. P. 62.1 INDICATIVE RULING OR IN THE ALTERNATIVE Fed R. Civ. P. 60(b)(6) OR 60(d)(1)." (DE 193) is DENIED;

2. The Clerk is DIRECTED to redocket the defendant's pro se motion (DE 193) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

3. The § 2255 motion is hereby DENIED without prejudice as successive and is stricken from the active docket of the court; and

4. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: July 15, 2013

/s/ James P. Jones
United States District Judge